USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/2026

**MEMORANDUM ENDORSED**

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**STEVEN E. SMITH**
*Assistant Corporation Counsel*
Labor & Employment Division
(212) 356-2630
stevsmit@law.nyc.gov

November 17, 2026

**VIA ECF**
Hon. Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Schrieber v. Office of the Bronx County District Attorney et al.*
1:26-cv-8253 (GHW)

Dear Judge Woods:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendants the Office of the Bronx County District Attorney ("BXDA") and the City of New York ("City") (collectively, "Defendants") in the above-referenced action.

I write to respectfully request (1) an extension of time until December 22, 2026 for Defendants to respond to the Complaint and (2) an adjournment of the Initial Pretrial Conference from November 24, 2026 to any time during the weeks of January 11 and January 18, 2027 (and corresponding adjournment of the deadline to file the joint letter and draft case management plan from November 17, 2026 to one week prior to the adjourned conference date).

Currently, BXDA's response to the Complaint is due November 23, 2026, and the City's response is due December 15, 2026. Plaintiff consents to these requests and is also available for the Initial Pretrial Conference during the weeks of January 11 and January 18, 2027. This is Defendants' first request for an extension or adjournment of these deadlines.

There are several reasons for the requested extension. I battled an illness last week, which limited my ability to complete all of my work, including Defendants' response to the Complaint. Furthermore, Defendants are still gathering documents and information in their investigation of these claims. The additional time will allow Defendants to complete their initial

investigation and prepare a sufficient response to the Complaint. Moreover, adjourning the conference, and the parties' obligations in conjunction therewith, will permit Defendants to focus on responding to the Complaint before engaging in discovery.

Therefore, I respectfully request that Defendants' response to the Complaint be due December 22, 2026, that the Initial Pretrial Conference be held during the weeks of January 11 or January 18, 2027, and that the parties' joint letter and case management plan be due a week before the new date of the conference.

I thank the Court for its consideration and attention to this matter.

Respectfully submitted,

*/s/ Steven E. Smith*
Steven E. Smith
Assistant Corporation Counsel

cc: All Counsel of Record (via ECF)

Application granted. The deadline for Defendants to answer or otherwise respond to the complaint is extended to December 22, 2026. The initial pretrial conference scheduled for November 24, 2026 is adjourned to January 14, 2027 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's September 24, 2026 order are due no later than January 7, 2027. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 16.

SO ORDERED.

Dated: November 17, 2026
New York, New York

GREGORY H. WOODS
United States District Judge